# EXHIBIT A

**LECLAIRRYAN**
*A Professional Corporation*
1037 Raymond Boulevard, Sixteenth Floor
Newark, NJ 07102
Telephone: (973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 13-cv-5956(WJM)(MF) |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| JAY BHOLE, INC., a Texas Corporation; JITESH MEHTA, an individual; and TARA R. PATEL, an individual, | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Days Inns Worldwide, Inc., and its counsel LeClairRyan, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendants Jay Bhole, Inc., Jitesh Mehta and Tara R. Patel.

Dated: 7/17/14

**LECLAIRRYAN**
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

By: _____
Bryan P. Couch